UNITED STATES BANKRUPTCY CORT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re:

Israel Matute,

              Debtor

--------------------------------------------------------

Presentment Date: May 24, 2017
Presentment Time: 10:00 AM

Chapter 7
Case No. 17-22317-rdd

## NOTICE OF PRESENTMENT OF AN ORDER CORRECTING DEBTOR'S SOCIAL SECURITY NUMBER AND OPPORTUNITY FOR HEARING

**SIRS AND MADAMS:**

    **PLEASE TAKE NOTICE,** that upon the annexed application of the Debtor, the undersigned will present the attached proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on May 24, 2017, at 10:00 AM. The proposed Order, seeks to correct the social security number of the Debtor.

    **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the presentment, there will not be a hearing and the order may be signed.

    **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to modify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  New York, NY
          May 4, 2017

                          By:   /s/ William P. Bonomo_____
                                  William P. Bonomo
                                  Attorney for debtor
                                  325 W. 38th Street, Suite 603
                                  New York, NY 10018
                                  (212) 268-8484